No. 26-1036

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB and
NATURAL RESOURCES DEFENSE COUNCIL, INC.,

*Petitioners,*

v.

CHRIS WRIGHT, in his official capacity as Secretary of Energy,
United States Department of Energy; UNITED STATES
DEPARTMENT OF ENERGY,

*Respondents.*

# JOINT PETITION FOR REVIEW OF ORDERS OF THE UNITED STATES DEPARTMENT OF ENERGY

Nathan Matthews
EARTHJUSTICE
180 Steuart Street, #194330
San Francisco, CA 94105
T: 415.217.2183
F: 415.217.2040
nmatthews@earthjustice.org

Ann Jaworski
EARTHJUSTICE
311 S. Wacker Drive, Suite 1400
Chicago, IL 60606
T: 773.245.0837
ajaworski@earthjustice.org

*Counsel for Petitioner Sierra Club*

Adeline S. Rolnick
Gillian Giannetti
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington DC, 20005
T: 202.513.6240
arolnick@nrdc.org
ggiannetti@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

Under Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), as well as Federal Rule of Appellate Procedure 15(a) and Circuit Rule 15, Petitioners Sierra Club and Natural Resources Defense Council ("Petitioners") respectfully petition the United States Court of Appeals for the District of Columbia Circuit to review and set aside the following order of the United States Department of Energy ("DOE"):

> A. *Venture Global CP2 LNG, LLC*, Final Order Granting Long-Term Authorization to Export Liquefied Natural Gas to Non-Free Trade Agreement Nations, DOE/FECM Order No. 5264-A, DOE Docket No. 21-131-LNG (Oct. 21, 2025) (the "Export Authorization") (attached hereto as **Exhibit A**).[1]

Petitioners also petition for review of the following final rule promulgated by DOE:

> B. Department of Energy, *National Environmental Policy Act Implementing Procedures*, 85 Fed. Reg. 78,197, Docket No. DOE-HQ-2020-0017 (Dec. 4, 2020) (modifying 10 C.F.R. Part

---

[1] Also available at https://www.energy.gov/sites/default/files/2025-10/ord5264-A_0.pdf.

1021, Subpt. D, App. B, Categorical Exclusion B5.7) (the "Categorical Exclusion") (attached hereto as **Exhibit B**). This Court has jurisdiction to review this Categorical Exclusion both as applied in the Export Authorization, *N.L.R.B. Union v. Fed. Lab. Rels. Auth.*, 834 F.2d 191, 195–96 (D.C. Cir. 1987), and on its face, 5 U.S.C. § 702, *City of Tacoma v. Taxpayers of Tacoma*, 357 U.S. 320, 336–37 (1958) (where statute vests original jurisdiction in courts of appeal, courts of appeal have jurisdiction over "all issues inhering in the controversy"); *see also Shafer & Freeman Lakes Env't Conservation Corp. v. FERC*, 992 F.3d 1071, 1087 (D.C. Cir. 2021).

In accordance with Federal Rule of Appellate Procedure 15(c)(1), Petitioners have served parties that may have been admitted to participate in the underlying proceedings with a copy of this Petition for Review. As required by Federal Rule of Appellate Procedure 15(c)(2), a list of parties served is attached.

Dated: February 17, 2026

Respectfully submitted,

*/s/ Nathan Matthews*
Nathan Matthews

3

EARTHJUSTICE
180 Steuart St., #194330
San Francisco, CA 94105
T: (415) 217-2183
F: (415) 217-2040
nmatthews@earthjustice.org

Ann Jaworski
EARTHJUSTICE
311 S. Wacker Drive, Suite 1400
Chicago, IL 60606
T: 773.245.0837
ajaworski@earthjustice.org

*Counsel for Petitioner Sierra Club*

*/s/ Adeline S. Rolnick*
Adeline S. Rolnick
Gillian Giannetti
NATURAL RESOURCES DEFENSE
COUNCIL
1152 15th Street NW, Suite 300
Washington DC, 20005
T: 202.513.6240
arolnick@nrdc.org
ggiannetti@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

# **DISCLOSURE STATEMENT**

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, Petitioners make the following disclosures:

Petitioner **Sierra Club**, a corporation organized and existing under the laws of the State of California, is a national nonprofit organization dedicated to the protection and enjoyment of the environment. Sierra Club is a non-governmental corporate party with no parent corporation, and there are no publicly held corporations that have a ten percent or greater ownership in Sierra Club.

Petitioner **Natural Resources Defense Council, Inc. (NRDC)**, a corporation organized and existing under the laws of the State of New York, is a national nonprofit organization dedicated to improving the quality of the human environment and protecting the nation's endangered natural resources. NRDC is a non-governmental corporate party with no parent corporation, and there are no publicly held corporations that have a ten percent or greater ownership in NRDC's stock.

# **LIST OF RESPONDENTS**

Petitioners provide a list of Respondents below, identifying the Respondent's name and addresses where Respondent and/or its counsel may be served with copies of this Petition for Review.

Department of Energy and
Chris Wright, U.S. Secretary of Energy
U.S. Department of Energy
1000 Independence Avenue SW
Washington, DC 20585
AskCR@hq.doe.gov and
The.Secretary@hq.doe.gov

# CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 15(c)(1) & (2), the undersigned certifies that, on February 17, 2026, a copy of this Petition for Review and exhibits were served by email to the Department of Energy and to the parties on the Department of Energy's official service list of parties admitted to participate in Docket No. 21-131-LNG, listed below.

| | |
|---|---|
| Chris Wright<br>U.S. Secretary of Energy<br>U.S. Department of Energy<br>1000 Independence Avenue SW<br>Washington, DC 20585<br>AskCR@hq.doe.gov and<br>The.Secretary@hq.doe.gov | |
| Venture Global LNG, LLC<br>Keith Larson<br>General Counsel<br>klarson@venturegloballng.com<br>(202) 759-6736<br>Sandra Y. Snyder<br>Associate General Counsel<br>ssnyder@venturegloballng.com<br>(202) 920-0919<br>1001 19th Street North<br>Suite 1500<br>Arlington, VA 22209 | Latham & Watkins LLP<br>J. Patrick Nevins<br>Attorney<br>Patrick.Nevins@LW.com<br>(202) 637-3363<br>555 Eleventh Street NW<br>Washington, DC 20004-1304 |
| Industrial Energy Consumers of America | Public Citizen, Inc.<br>Tyson Slocum |

| | |
|---|---|
| Paul N. Cicio<br>President<br>pcicio@ieca-us.org<br>(202) 223-1661<br>1776 K Street<br>Suite 720<br>Washington, DC 20005 | Energy Program Director<br>tslocum@citizen.org<br>(202) 454-5191<br>215 Pennsylvania Avenue SE<br>Washington, DC 20003 |
| Sierra Club<br>Rebecca McCreary<br>Associate Attorney<br>rebecca.mccreary@sierraclub.org<br>303-449-5595 x103<br>1650 38th Street, Suite 103W<br>Boulder, CO 80301 | Natural Resources Defense Council<br>Gillian Giannetti<br>Senior Attorney<br>ggiannetti@nrdc.org<br>Morgan Johnson<br>Staff Attorney<br>majohnson@nrdc.org<br>(202) 717-8350<br>1152 15th Street NW<br>Suite 300<br>Washington, DC 20005 |

*/s/ Adeline S. Rolnick*
Adeline S. Rolnick
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington DC, 20005
T: 202.513.6240
arolnick@nrdc.org