EARTHJUSTICE

NATIONAL CLIMATE,
FOSSIL FUEL INFRASTRUCTURE

November 24, 2026

*Via ECF*

Clifton B. Cislak
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

**Re: *Sierra Club v. Wright*, No. 26-1036 (oral argument scheduled for Dec. 7, 2026)**
**Notice of Supplemental Authority**

This letter provides notice of the complaint filed by Petitioners in the U.S. District Court for the District of Columbia on November 24, 2026, Case No. 1:26-cv-4168, challenging the Department of Energy's final rule: *National Environmental Policy Act Implementing Procedures*, 85 Fed. Reg. 78197 (Dec. 4, 2020) (the "Exclusion Rule"). This is one of the two Department of Energy actions challenged in this case. *See* Petition for Review, Doc. 2159581, at 2-3 (Feb. 17, 2026).

As explained in Petitioners' Opening Brief, Doc. 2197846, at 6 n.1, Petitioners' Reply Brief, Doc. 2197934, at 6 n.1, and the attached complaint, the district court complaint is being filed as a protective matter. Petitioners contend that the Court of Appeals has original jurisdiction over the challenge to the Exclusion Rule, and Petitioners anticipate moving to hold the district court proceeding in abeyance pending a ruling from this Court on the jurisdictional question.

Respectfully submitted,

*<u>/s/ Nathan Matthews</u>*
Nathan Matthews
Earthjustice

180 Steuart Street, #194330
San Francisco, CA 94105
415.217.2183
nmatthews@earthjustice.org

Ann Jaworski
Earthjustice
200 S. Wacker Drive, Suite 2500
Chicago, IL 60606
773.245.0837
ajaworski@earthjustice.org

Alexandra M. Smith
Earthjustice
1250 I Street NW, 4th Floor
Washington, DC 20005
202.798.5384
lsmith@earthjustice.org

*Counsel for Petitioner Sierra Club*

*/s/ Adeline S. Rolnick*
Adeline S. Rolnick
Gillian R. Giannetti
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202.513.6240
arolnick@nrdc.org
ggiannetti@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

**CERTIFICATE OF SERVICE**

In accordance with Rule 25(d) of the Federal Rules of Appellate Procedure, and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have served the foregoing letter electronically through the Court's CM/ECF system on November 24, 2026.

*/s/ Nathan Matthews*
Nathan Matthews
Earthjustice
180 Steuart St., #194330
San Francisco, CA 94105
415.217.2183
nmatthews@earthjustice.org

*Counsel for Petitioner Sierra Club*